UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **MICHAEL BRACKETT, et. al.** | ) |
| Plaintiffs, | ) ) ) |
| | ) Case No.:  4:12-cv-00898-JAR |
| vs. | ) ) |
| **ST. LOUIS BOARD OF POLICE COMMISSIONERS, et. al.** | ) ) ) |
| Defendants. | ) |

**MOTION TO DECERTIFY PLAINTIFFS'
COLLECTIVE ACTION UNDER 29 U.S.C. 216(b)**

COME NOW Defendants ST. LOUIS BOARD OF POLICE COMMISSIONERS and the named members thereof, by their attorneys, and move to decertify the collective action brought by Plaintiffs under 29 U.S.C. 216(b) on grounds that opt-in Sergeants who worked in a position other than District Sergeant at any time during the relevant period prior to filing their consent forms to join this action were not similarly situated to the six original Plaintiffs during such periods of time.

A Memorandum in Support of this Motion is submitted herewith.

Respectfully submitted,

MCMAHON BERGER, P.C.

/s/ John B. Renick
John B. Renick, 21468MO
Stephen B. Maule, 44209MO
Brian C. Hey, 53930MO
2730 North Ballas Road, Suite 200
P.O. Box 31901
St. Louis, MO 63131-3039
(314) 567-7350
(314) 567-5968 – facsimile

Attorneys for Defendants

199278.1

## CERTIFICATE OF SERVICE

      I hereby certify that I have this  30th   day of April, 2013, served a true and correct copy of the foregoing upon the following via the Court's electronic filing system, on the following:

Rick Barry
Law Offices of Rick Barry, P.C.
1750 South Brentwood Blvd., Suite 295
St. Louis MO  63144

                                                  /s/ John B. Renick

199278.1