UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL BRACKET, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:12CV898 JAR |
| ) | |
| ST. LOUIS BOARD OF POLICE ) | |
| COMMISSIONERS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM

This matter is before the Court on the Parties Joint Request for Oral Argument on Defendants' Motion to Decertify (ECF No. 61). The Motion [61] is **GRANTED**.

**IT IS HEREBY ORDERED** that the Court will hear oral argument on Defendants' Motion to Decertify on **Tuesday, June 25, 2013, at 10:00 a.m.**

Dated this 24th day of May, 2013.

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

1